# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

HOLLI WRICE,

      Petitioner,

v.

UNITED STATES OF AMERICA,

      Respondent.

Civil Case No. 3:16-cv-00663-JPG
---
Criminal Case No. 4:10-cr-40065-JPG-1

## MEMORANDUM AND ORDER

**J. PHIL GILBERT, DISTRICT JUDGE**

      This matter comes before the Court on petitioner Holli Wrice's motion for leave to file a second or successive motion under 28 U.S.C. § 2255. (Civil Case No. 3:16-cv-00663-JPG, ECF Doc. 25; Criminal Case No. 4:10-cr-40065-JPG-1, Doc. 110.) In order for this Court to consider a successive petition, the Seventh Circuit Court of Appeals must certify it pursuant to 28 U.S.C. § 2255(h). *Curry v. United States*, 507 F.3d 603, 604 (7th Cir. 2007); *Nunez v. United States*, 96 F.3d 990, 991 (7th Cir. 1996). Wrice has incorrectly filed her motion in this Court rather than with the Seventh Circuit Court of Appeals. Accordingly, the Court must **DENY** Wrice's motion, but the Court also **DIRECTS** the Clerk of Court to send a copy of Wrice's motion to the Seventh Circuit Court of Appeals for further review. The Court further **DIRECTS** the Clerk of Court to file a copy of this order in Wrice's civil and criminal cases mentioned herein.

**IT IS SO ORDERED.**

**DATED: JUNE 5, 2018**

                                                 s/ *J. Phil Gilbert*
                                                 **J. PHIL GILBERT**
                                                 **DISTRICT JUDGE**